IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>    Cindy Lynn Reporto<br><br>SS#: : XXX-XX-7999<br>        DEBTOR | CASE NO. 19-81920-CRJ-13<br><br>CHAPTER 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Michele T. Hatcher, Standing Chapter 13 Trustee, in the above captioned case and states the following:

1. The proposed Plan payments are not sufficient to liquidate non-exempt equity to meet the best interest of creditors test set forth in §1325(a)(4). Plan payments must increase to $423 per month beginning August 2019 and fixed payments adjusted.

2. The Debtor failed to provide the Trustee with a complete bank statement for each of the Debtor's deposit accounts.

3. The Debtor's proposed Plan does not adequately identify the month in which fixed monthly payments are to commence.

WHEREFORE, the Trustee prays that the Court deny confirmation of the Debtor's plan, and order the Debtor to file an amended plan within 14 days after this confirmation hearing. If the Debtor fails to file an amended plan within 14 days, the Trustee prays the Court enter an order dismissing this Chapter 13 case.

RESPECTFULLY SUBMITTED, this the 9th day of August 2019.

/s/ Michele T. Hatcher
MICHELE T. HATCHER, TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Cindy Lynn Reporto
2630 Ashtynn Place
Huntsville, AL 35803

JEFFREY B. IRBY
ATTORNEY AT LAW
300 CLINTON AVE W STE 23
HUNTSVILLE, AL 35801

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee